In re Estate of Hugh McLennan, Deceased.
B. K. Goodman, Appellant, v. Katherine Howell McLennan, Executrix Under Last Will and Testament of Hugh McLennan, Deceased, Appellee.

Gen. No. 42,115.

Heard in the second division, first district, this court at the February term, 1942; opinion filed April 6, 1944. Samuel A. & Leonard B. Ettelson, for appellant; Edward C. Higgins and Elmer Gertz, of counsel; Eckert & Peterson, for appellee; Tom Leeming and Henry P. C. W. Barber, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.

Emma Hill, Appellee, v. New York Life Insurance Company, Appellant.

Gen. No. 42,256.

Heard in the second division, first district, this court at the June term, 1942; opinion filed April 6, 1944. Scott, MacLeish & Falk and Ferdinand H. Pease, for appellant; Wendell J. Brown and Bruce M. Smith, of counsel; no appearance for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.